**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WILL DELAFAYETTE DAVIS,**<br>**Debtor** | § § | **CASE NO. 25-43887-mxm13** |
| | § | **CHAPTER 13** |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION (FORMERLY KNOWN AS NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION), NOT IN ITS INDIVIDUAL OR BANKING CAPACITY, BUT SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2005-HE1,**<br>**Movant** | § § § § § § § § § § § § § | **HEARING DATE: February 26, 2026**<br><br>**HEARING TIME: 9:30 AM** |
| **vs.** | § | |
| | § | |
| **WILL DELAFAYETTE DAVIS, Debtor and PAM BASSEL, Trustee,**<br>**Respondents** | § § § § | |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF ACT AGAINST PROPERTY AND MOOTING MOTION FOR ADEQUATE PROTECTION**

The Court having considered the *Motion for Relief from Automatic Stay of Act Against Property* filed in this bankruptcy proceeding by Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association), not in its individual or banking capacity, but solely in its capacity as Trustee for the Merrill Lynch Mortgage Investors Trust, Series 2005-HE1[1], its successors and/or assigns ("Movant"), and having reviewed the file herein and finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be, and the same hereby is, granted.

**IT IS, THEREFORE, ORDERED** that the automatic stay is hereby terminated as to the Debtors with respect to Movant, to take any all steps necessary to exercise any and all statutory and contractual rights it may have in the property located at 3319 Oak Run Lane, Mansfield, Texas 76063, and more fully described as follows:

> BEING LOT 10, BLOCK 1 OF OAK RUN ESTATES, AN ADDITION TO THE CITY OF MANSFIELD, TARRANT COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN CABINET A, SLIDE 5728, PLAT RECORDS, TARRANT COUNTY, TEXAS.

**IT IS FURTHER ORDERED** that Movant may exercise its remedies available under state law, including foreclosure of its mortgage against the Debtor's interest in the Property and, in exercising those rights, Movant may contact the Debtor by telephone or by written correspondence. Movant may at its option offer, provide and enter into a forbearance agreement, loan modification, refinance agreement or other loan workout / loss mitigation agreement.

---

[1]**Error! Main Document Only.** Nationstar Mortgage LLC is the servicer of the subject loan. Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association), not in its individual or banking capacity, but solely in its capacity as Trustee for the Merrill Lynch Mortgage Investors Trust, Series 2005-HE1 is the current holder of the note.

**IT IS FURTHER ORDERED** that relief from the Automatic Stay is granted under 11 U.S.C. § 362(d)(4): If recorded in compliance with applicable state laws governing notices of interests or liens in real property, the order is binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of the order by the court, except that a debtor in a subsequent case under this title may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

**IT IS FURTHER ORDERED** that the Debtor is responsible for obtaining court approval of any future agreements or modifications which constitute the incurrence of debt and the Debtor shall be responsible for providing notice of any agreements or modifications which increase or reduce the Debtor's disposable income and/or which affect the ability of the Debtor to perform under the Chapter 13 Plan.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee may cease making distributions upon any claim or claims filed by Movant in connection with the Property to which the automatic stay has been terminated.

**IT IS FURTHER ORDERED** that the notice requirements of subsections (b) and (c) of Rule 3002.1 of the Federal Rules of Bankruptcy Procedure are waived as to Movant in connection with the Property based upon the termination of the stay as ordered herein.

**IT IS FURTHER ORDERED** that the enforcement of this order shall not be stayed until the expiration of fourteen (14) days after the entry of this order, but rather can be enforced upon entry and the requirements of Rule 4001(a)(4) are waived.

**IT IS FURTHER ORDERED** that the *Motion for Adequate Protection* filed in conjunction with the *Motion for Relief from Automatic Stay* is hereby MOOT as the relief granted in this order precludes the entry of an order granting adequate protection.

**###END OF ORDER###**

This order was prepared and submitted by:

By: *Anthony Schroeder*

Anthony Schroeder, SBOT 24106407
**ATTORNEY FOR MOVANT**
101 East Park Boulevard
Suite 600, Office 23
Plano, TX 75074
Telephone: (713) 293-3610
Facsimile: (858) 412-2792
Email: aschroeder@aldridgepite.com

***Mailing Address***
3333 Camino del Rio South
Suite 225
San Diego CA 92108