**THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WILL DELAFAYETTE DAVIS,** | § | **CASE NO. 25-43887-mxm13** |
| **Debtor** | § | |
| | § | **CHAPTER 13** |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION (FORMERLY KNOWN AS NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION), NOT IN ITS INDIVIDUAL OR BANKING CAPACITY, BUT SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2005-HE1,** | § | |
| **Movant** | § | |
| **vs.** | § | |
| | § | |
| **WILL DELAFAYETTE DAVIS, Debtor** | § | |
| **PAM BASSEL, Trustee,** | § | |
| **Respondents** | § | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY STAY OF ACT AGAINST PROPERTY**

**THE STATE OF** Texas §
**COUNTY OF** Dallas §

Chastity Wilson being duly sworn deposes and says:

1. My name is Chastity Wilson. I am Assistant Secretary for Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association), not in its individual or banking capacity, but solely in its capacity as Trustee for the Merrill Lynch Mortgage Investors Trust, Series 2005-HE1("Movant") . In such

capacity, I am authorized and qualified to make this affidavit on behalf of Movant. I have access to Movant's books and records with regard to the Debtor's loan. I am familiar with the manner and method in which Movant maintains its books and records in its regular course of business. Those books and records are kept in the regular course of business and are managed by employees and agents whose duty is to keep the books and records accurately and completely and to record each act, event, opinion, diagnosis or item at or near the time of the event or item so noted.

2. According to Movant's books and records, the Loan is evidenced by a promissory note executed by Sondrea Lydia Campbell ("Borrower") and dated September 30, 2004, in the original principal amount of $216,000.00 (the "Note").

3. Movant's records reflect that Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association), not in its individual or banking capacity, but solely in its capacity as Trustee for the Merrill Lynch Mortgage Investors Trust, Series 2005-HE1 holds and is in possession of the original Note. The Note is endorsed and payable in blank.

4. The Note is secured by a deed of trust (the "Deed of Trust") executed by Borrower and Edward Campbell ("Co-Borrower") relating to the real property commonly known as 3319 Oak Run Lane, Mansfield, Texas 76063 (the "Property"). The Deed of Trust reflects that it was duly recorded.

5. Subsequently, all beneficial interest in the Deed of Trust was assigned and transferred to Movant.

6. On or about May 22, 2020, a Warranty Deed was recorded in the Tarrant County Recorder's office whereby Edward Campbell, Will Delafayette Davis, Nicholas Christopher Lydia, and Jermey Alexander Lydia purported to transfer partial interest in the Subject Property to Will Delafayette Davis as a gift for Ten and No/100 ($10.00) and other good and valuable consideration. Movant did not authorize this transfer.

7. True and correct copies of the loan documents relating to the real property commonly known as 3319 Oak Run Lane, Mansfield, Texas 76063, along with any other documents pertinent to the prosecution of this Motion, are attached hereto as **Exhibit "A"** and incorporated herein for all purposes. **Exhibit "A"** contains the following documents:

* Note;
* Deed of Trust; and
* Assignment of Deed of Trust, if applicable
* Warranty Deed
* Affidavit of Death

8. The sums set forth in this affidavit may not include any late charges, escrow advances, attorneys' fees, costs, or other fees and charges that might otherwise be included in the event that a payoff and/or reinstatement quote is requested or provided.

9. As of December 3, 2025, the approximate payoff amount owed by the Debtor was $296,162.74. This sum includes principal balance, accrued interest, accrued late charges and escrow advances but does not include attorneys' fees incurred in connection with this bankruptcy case.

10. The Loan is contractually due for the July 1, 2021 payment.

11. The filing of this Motion necessitated that Movant retain counsel to represent it before this Court, and Movant is incurring legal expenses and attorneys' fees for handling the *Motion For Prospective Relief From Automatic Stay And Co-debtor Stay Of Act Against Property* for which it is entitled to reimbursement under the terms of the Note.

12. The foregoing facts are based upon Movant's books and records, and if called upon to appear as a witness, I could, and would, testify competently thereto. I declare that the foregoing facts are true and correct.

By: Chastity Wilson
Print Name: Chastity Wilson Assistant Secretary of Nationstar Mortgage, LLC
Title: Affiant

SUBSCRIBED AND SWORN TO BEFORE ME, on January 20, 2026.

My commission expires: 08/21/2027

Talya Harris
NOTARY PUBLIC

TALYA HARRIS
Notary Public, State of Texas
Comm. Expires 08-21-2027
Notary ID 133341664

Talya Harris
(Printed Name of Notary Public)

TALYA HARRIS
Notary Public, State of Texas
Comm. Expires 08-21-2027
Notary ID 130341664