Eric A. Maskell
State Bar No. 24041409
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, Texas 76054
Telephone: 214-265-0123
Facsimile: 214-265-1979
Attorney for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-43887-MXM-13 |
| WILL DELAFAYETTE DAVIS | § | |
| | § | CHAPTER 13 |
| Debtor(s) | § | |
| | § | |
| | § | |
| WELLS FARGO BANK | § | |
| Movant. | § | |
| V. | § | |
| | § | |
| WILL DELAFAYETTE DAVIS | § | Preliminary Hearing on Motion |
| | § | for Relief from Automatic Stay: |
| Debtor-Respondent. | § | **2/26/2026 @ 9:30 a.m.** |

## DEBTOR'S ANSWER AND OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY WELLS FARGO BANK

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW WILL DELAFAYETTE DAVIS ("Debtor" whether singular or plural) and requests of the Court that a hearing be scheduled on the subject matter and files this Debtor's Answer and Objection to Motion for Relief from Automatic Stay Filed by Wells Fargo Bank ("Movant"), and in support hereof would respectfully show the Court as follows:

## SPECIFIC ADMISSIONS

1. Debtor admits the allegations contained in paragraph(s) 2, 3, 4, 5, 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 11g, 11h, 11i, 11j, 12, 14, 20 and 22 of Movant's Motion.

## SPECIFIC DENIALS

2. Debtor denies the allegations contained in paragraph(s) 1, 11, 13, 15, 16 and 17, 18, 19, 21, 23 and 24 of Movant's Motion and demands strict proof thereof. However, paragraph 1 is not numbered.

## ELEMENT OF DEBTOR'S DEFENSE

3. There exists cause justifying the denial of Movant's Motion and requested action for the following reasons:

A. The property is necessary for the effective reorganization of the Debtor because it is the Debtor's homestead.

B. Movant has been, and will be, afforded adequate protection for the following reasons:

1. Debtor would show the Court that adequate protection is being paid in payments pursuant to General Order 2021-01, the Debtor's Authorization for Adequate Protection Disbursements, and Debtor's Chapter 13 Plan.

2. Debtor would show the Court that adequate protection is being paid by paying the indebtedness through Debtor's Chapter 13 Plan of reorganization.

3. Debtor would show the Court that any default may be cured within a reasonable time. Debtor wishes to enter into an agreed order to allow for the home to be paid through the Chapter 13 plan. Debtor has entered into the conduit program.

## RIGHT TO AMEND OR SUPPLEMENT RESERVED

4. Debtor reserves the right to amend or supplement this Answer with additional information supported by Debtor's evidence, affidavit and/or amended answer.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Debtor prays that a hearing be set in the instant matter, that Movant's Motion be denied in all respects and that the automatic stay pursuant to §362 of the United States Bankruptcy Code remain in full force and effect, and for such other and further relief to which the Debtor may show himself entitled.

Respectfully submitted,

/s/ Eric A. Maskell

Eric A. Maskell
Texas Bar No. 24041409
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, Texas 76054
Telephone: 214-265-0123
Facsimile: 817-265-1979
Attorney for Debtor(s)

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Debtor's Answer and Objection to Motion for Relief from Automatic Stay was served on each party listed below by first class mail on January 26, 2026:

| | |
|---|---|
| DEBTOR: | Will Delafayette Davis<br>3319 Oak Run Lane<br>Mansfield, TX 76063 |
| ATTORNEY FOR MOVANT: | Anthony Schroeder<br>ALDRIDGE PITE, LLP<br>101 East Park Boulevard Suite 600, Office 23<br>Plano, TX 75074 |
| CHAPTER 13 TRUSTEE: | Pam Bassel<br>860 Airport Freeway, Suite 150<br>Hurst, TX 76054 |

/s/ Eric A. Maskell
Eric A. Maskell
Texas Bar No. 24041409