Eric A. Maskell
State Bar No. 24041409
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR(S)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WILL DELAFAYETTE DAVIS** | § | **CASE NO. 25-43887-MXM-13** |
| | § | **CHAPTER 13** |
| **Debtor(s)** | § | |
| **WELLS FARGO BANK** | § | |
| **Movant** | § | |
| | § | **Hearing date: 2/12/2026** |
| **vs.** | § | **Hearing time: 9:30 a.m.** |
| | § | |
| **WILL DELAFAYETTE DAVIS** | § | |
| | § | |
| **Debtor(s)** | § | |

**RESPONDENT/DEBTOR'S AFFIDAVIT**

| | | |
|---|---|---|
| **STATE OF KANSAS** | § | |
| | § | **KNOW ALL MEN BY THESE PRESENTS:** |
| **COUNTY OF SEDGWICK** | § | |

BEFORE ME, the undersigned authority, on this day personally appeared **Will Delafayette Davis**, who after being by me duly sworn and upon oath stated that he is over eighteen (18) years of age, of sound mind, and is qualified and competent in all respects to make this affidavit and to do so of his own personal knowledge, and he further stated that the following

statements are true and correct and based upon his personal knowledge:

1. Debtor, **Will Delafayette Davis**, filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in Case Number 25-43887-MXM-13 on or about 10/6/2025.

2. On or about 1/22/2026, Movant **WELLS FARGO BANK** (hereinafter "Movant") filed a Motion for Relief From Stay seeking a lift of the automatic stay insofar as the property described in the Motion for Relief From Stay.

3. Debtor is in possession of the above-described property.

4. The above-described property is not a burden to the Bankruptcy Estate and should not be abandoned.

5. Debtor would be caused irreparable injury and undue hardship if the Automatic Stay were lifted and Movant was granted leave to sell the property. Debtor resides in the property and has claimed it as his homestead. It is necessary to his reorganization.

6. Debtor wishes to enter into an agreed order to allow for the mortgage to be paid through the Chapter 13 plan and enter into the conduit program.

WHEREFORE, Debtor respectfully requests that this Court deny Movant's Motion to Lift Stay.

SIGNED this the 9 day of February, ~~2025~~ 2026 KM

/s/ [signature]
DEBTOR

SUBSCRIBED AND SWORN TO before me by the above-named Affiant on February 9, 2026, to certify which witness my hand and seal of office.

State of Kansas
County of Sedgwick

KENNY MATHIS
Notary Public, State of Kansas
My Appointment Expires
8-2-2026

/s/ [signature]
Notary Public, State of ~~Texas~~ Kansas KM

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 10, 2026, a true and correct copy of the foregoing *Respondent/Debtor's Affidavit* was served on the following parties in interest by first class mail and/or ECF notification:

Respectfully Submitted,

ALLMAND LAW FIRM, P.L.L.C.

/s/ Eric A. Maskell
Eric A. Maskell
State Bar No. 24041409
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR(S)

**STANDING CHAPTER 13 TRUSTEE**:
Pam Bassel
860 Airport Freeway Suite 150
Hurst, TX 76054

**DEBTOR**
Will Delafayette Davis
3319 Oak Run Lane
Mansfield, TX 76063

**OPPOSING COUNSEL**
Anthony Schroeder
ALDRIDGE PITE, LLP
101 East Park Boulevard
Suite 600, Office 23
Plano, TX 75074