**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** **CASE NO.: 25-43887-MXM-13**

**WILL DELAFAYETTE DAVIS**
3319 OAK RUN LN
MANSFIELD, TX 76063
SSN/TIN: XXX-XX-2892

**DEBTOR** **HEARING: MARCH 19, 2026 AT 8:30 AM**

**TRUSTEE'S NOTICE OF INTENT TO**
**CERTIFY CHAPTER 13 CASE FOR DISMISSAL IN FOURTEEN DAYS FOR PLAN PAYMENT DELINQUENCY**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 14 DAYS FROM THE DATE OF SERVICE. IF NO RESPONSE IS TIMELY FILED, THE NOTICE SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING IT.

After fourteen days from February 11, 2026, Trustee will certify this case for dismissal because Debtor did not timely pay one or more Plan Payments that were due to Trustee. The amount to bring all payments current in fourteen days is $10,000.00 which must be received by 4:00 PM on February 25, 2026. FAILURE TO TIMELY CURE THE DELINQUENCY OR FILE A RESPONSE SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.

**NOTICE OF HEARING**

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone**:

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

WILL DELAFAYETTE DAVIS
3319 OAK RUN LN
MANSFIELD, TX 76063