Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

**ATTORNEY FOR**
**HOME TAX SOLUTIONS, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Will Delafayette Davis** | § | **CASE NO. 25-43887** |
| | § | |
| **Debtor** | § | |
| | § | |

**OBJECTION OF HOME TAX SOLUTIONS, LLC**
**TO DEBTOR'S CHAPTER 13 PLAN, AND**
**WITNESS AND EXHIBIT LIST**

Home Tax Solutions, LLC (the "Lender"), hereby files this Objection (the "Objection") to the most recent Chapter 13 Plan (the "Plan") filed by the above-captioned debtor (the "Debtor") in the above-referenced case, and states:

1. The Lender is the holder of a claim against the Debtor which is secured by a tax lien collateralizing real property which constitutes the Debtor's principal residence. The Plan proposed by the Debtor should not be confirmed because the Plan is not feasible;

2. Accordingly, confirmation of the Plan should be denied.

3. Lender hereby identifies the following witnesses:

   1. Will Delafayette Davis
   2. Farah Galvan
   3. Any witness designated by any other party.
   4. Any witness necessary for rebuttal.

4. Lender hereby identifies the following exhibits:

1. Home Tax Solutions, LLC's Proof of Claim, including attachments and exhibits.
2. Any plan filed in this case.
3. Any schedules and statements of financial affairs filed in this case.
4. Any exhibit designated by any other party.
5. Any exhibit necessary for rebuttal.

WHEREFORE, PREMISES CONSIDERED, Home Tax Solutions, LLC respectfully prays that the Court deny confirmation of the Plan, and grant all other relief as just.

Submitted on March 11, 2026.

/s/ *Howard Marc Spector*
Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR
HOME TAX SOLUTIONS, LLC

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing pleading was served via electronic means to all parties who receive ECF notice in this case and via United States First Class Mail to the person(s) or entity(ies) listed below on March 11, 2026.

/s/ *Howard Marc Spector*
Howard Marc Spector

Will Delafayette Davis
3319 Oak Run Lane
Mansfield, TX 76063

Allmand Law Firm, PLLC
860 Airport Fwy, Suite 401
Hurst, TX 76054

Office of The Standing Ch.13 Trustee
860 Airport Freeway, Suite 150
Hurst, TX 7605