**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ' | |
| **WILL DELAFAYETTE DAVIS,** | ' | **CASE NO. 25-43887-MXM13** |
| **Debtors** | ' | **CHAPTER 13** |

**AMENDED OBJECTION TO CONFIRMATION BY DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-SL2**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Deutsche Bank National Trust Company, as Trustee for MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-SL2, its successors and/or assigns ("Creditor"), a secured creditor and party in interest, and pursuant to 11 U.S.C. 1322 (b)(2), 1324 and 1325(a)(5), and Bankruptcy Rule 3015(f) files its Objection to Debtors' proposed Amended Chapter 13 Plan ("Plan"), and in support thereof would respectfully show the Court as follows:

**BACKGROUND**

1. Debtors filed a voluntary petition under Chapter 13 of Title 11, United States Bankruptcy Code on October 6, 2025.

2. On September 30, 2004, a Note (the "Note") was executed by Sondrea Lydia Campbell to FIRST BANK D/B/A FIRST BANK MORTGAGE in the original principal sum of $54,000.00 which is secured by a Deed of Trust of even date therewith granting a lien against real estate located at 3319 Oak Run Lane, Mansfield, TX 76063 ("Property"). Copies of the Note and Deed of Trust are attached to Creditor's proof of claim filed in this case. *See Court Claims Register,*

*Claim No. 6-1.*

3. Creditor is in the process of preparing its Proof of Claim. Creditor asserts this Objection to preserve its rights and to assist in the efficient administration of the confirmation process.

**OBJECTION TO PROPOSED PLAN**

4. Creditor did not authorize the transfer of the Property into Debtor and objects to treatment under the Amended Chapter 13 Plan.

5. Creditor additionally objects to the large step payment in month 27. Creditor objects to the Debtor's Plan for lack of feasibility.

6. Because Creditor was forced to file this Objection to Confirmation to protect its secured interest in the subject real property, it has incurred reasonable attorneys' fees.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Creditor prays that this Court deny confirmation of the Plan as proposed, award attorneys' fees and costs, and grant Creditor such other and further relief, at law and in equity, as is just.

Respectfully Submitted,

By: /s/ Anthony Schroeder

Anthony Schroeder, SBN 24106407
**ATTORNEY FOR CREDITOR**
**ALDRIDGE PITE, LLP**
101 East Park Boulevard
Suite 600, Office 23
Plano, TX 75074
Telephone: (713) 293-3610
Facsimile: (713) 293-3636
Email: aschroeder@aldridgepite.com

***Mailing Address***
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

## CERTIFICATE OF CONFERENCE AND CERTIFICATE OF SERVICE

I hereby certify that I contacted Debtor's counsel regarding the filing of this objection and the basis of this objection by email on December 5, 2025. As of the date of filing, I have not received a response and assume this motion to be opposed.

I hereby certify I caused a copy of the foregoing *Objection to Confirmation* to be served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on March 12, 2026

/s/ Anthony Schroeder
Anthony Schroeder

**DEBTORS' ATTORNEY**
**(via electronic notice)**

Christopher Anderson
Allmand Law Firm, PLLC
860 Airport Fwy
Suite 401
76054
Hurst, TX 76054
canderson@allmandlaw.com

**TRUSTEE**
**(via electronic notice)**

Pam Bassel
Office of The Standing Ch.13 Trustee
860 Airport Freeway Suite 150
Hurst, TX 76054

**DEBTORS**

Will Delafayette Davis
3319 Oak Run Lane
Mansfield, TX 76063

**U. S. TRUSTEE**
**(via electronic notice)**

U.S. Trustee
Department of Justice
1100 Commerce Street Room 976
Dallas, TX 75202
ustpregion06.da.ecf@usdoj.gov

**PARTIES REQUESTING NOTICE AND/OR EFFECTED PARTIES**
**(via electronic notice if so designated for receipt of such in CM/ECF)**