CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 27, 2026**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** **CASE NO.: 25-43887-MXM-13**

**WILL DELAFAYETTE DAVIS**
**3319 OAK RUN LN**
**MANSFIELD, TX 76063**
**SSN/TIN: XXX-XX-2892**

**DEBTOR**

**ORDER GRANTING TRUSTEE'S NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL**

CAME ON for consideration TRUSTEE'S NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL FOR FAILURE TO:

- provide to the Trustee, not later than 7 days before the date first set for the Section 341 Meeting, a copy of the Federal income tax return required under applicable law or a transcript for the most recent tax year ending immediately before the Petition Date.

The Court FINDS notice was appropriate under the circumstances. The Court is of the opinion that the Motion should be GRANTED based on:

the Party's failure to file a timely response.

IT IS THEREFORE ORDERED that TRUSTEE'S NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL is GRANTED.

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice under the Standing Order Concerning All Chapter 13 Cases.

IT IS FURTHER ORDERED that if, within fourteen (14) days of entry of this order, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

IT IS FURTHER ORDERED that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this Order.

THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.

###END OF ORDER###

APPROVED:

/s/ Pam Bassel
Pam Bassel, Trustee