FILED

MAY 26 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
In re:
Will Davis,
Debtor.
Case No.: 25-43887-MXM-13
Chapter 13
MOTION TO REINSTATE CHAPTER 13 CASE
TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:
COMES NOW the Debtor, Will Davis, and files this Motion to Reinstate the above-styled and numbered Chapter 13 case, and in support thereof respectfully states as follows:
Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code on October 6, 2025.
The Court dismissed this case on May 19, 2026, due to Debtor's failure to provide the 2025 federal income tax return.
The failure to provide the tax return was not intentional and resulted from temporary circumstances that have now been resolved.
Debtor has now obtained and/or filed the required 2025 federal income tax return and is prepared to provide all necessary documents to the Chapter 13 Trustee and comply with all requirements of the Court.
Debtor respectfully requests reinstatement of this case so that Debtor may continue performance under the Chapter 13 Plan.
Reinstatement will not unduly prejudice creditors and is in the best interests of both the Debtor and creditors.
WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that the Court reinstate this Chapter 13 bankruptcy case and grant such other and further relief to which Debtor may be entitled.
Respectfully submitted,
Will Davis
3319 Oak Run Lane
Mansfield, Texas 76063
214-912-9707
Date: Will Davis 5/26/26

Hello, my name is Will Davis and I was wanting to see if I could file a motion to reopen my case. I was misrepresented by my lawyer Almond law firm. I was not told that I needed to fail my 2025 taxes which are now done and also my trustee payment I have they never even tried to file emotion to reopen my case and they told me they did and you guys declined I went on public records to see, and it showed that they didn't do anything else with my case. I also tried to get with them because in my case, it was a misprint of an extra hundred thousand dollars that I have been trying to get taken care of of the trustee told me and told them that we needed to get together and get that taken care of before my plan get approved so my payment could come down. I have been trying to get them to go over that with me since I found my bankruptcy case that never happened. I was misrepresented and I am asking the courts. Would you please open my case and give me a chance to get this taken care of. When I was in court last you guys said y'all was gonna work with me. In my case got dismissed. I don't have anywhere to go with my family and it was my mother's house who passed away. Please give me a chance to make this bankruptcy case Work. This is the final time I can file for bankruptcy. If you could please find it in your heart to just give me a chance to please reopen my case I would gladly appreciate it. thank you.

Will Davis