**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**IN RE:** **CASE NO.: 25-43887-MXM-13**

**WILL DELAFAYETTE DAVIS**
3319 OAK RUN LN
MANSFIELD, TX 76063
SSN/TIN: XXX-XX-2892

**DEBTOR**

# TRUSTEE'S RESPONSE TO MOTION TO REINSTATE CASE

NOW COMES Pam Bassel, Standing Chapter 13 Trustee and files this Trustee's Response to Motion to Reinstate Case filed by Debtor. Trustee would respectfully show the Court as follows:

1. Debtor must comply with the Plan, Code, Rules and General Order, and resolve the issues that required dismissal of the case prior to reinstatement.

WHEREFORE, Trustee prays that the Motion to Reinstate Case be DENIED and for general relief.

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

WILL DELAFAYETTE DAVIS
3319 OAK RUN LN
MANSFIELD, TX 76063