CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 3, 2026**

**United States Bankruptcy Judge**

---

BTXN057 (rev. 04/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Will Delafayette Davis | § | Case No.: 25−43887−mxm13 |
| | § | Chapter No.: 13 |
| Debtor(s) | § | |

## ORDER DENYING MOTION FOR WANT OF PROSECUTION

The Court, after review of the file and docket in the above entitled and numbered case, finds that on May 26, 2026, Filed By Debtor Will Delafayette Davis filed a Motion to reopen and and reinstate case. ("Motion"), document number 97.

Subsequently,

☐ a Certificate of No Objection has not been filed with respect to the Motion as required by N.D. TX L.B.R. 9007.1(e).

☑ no hearing has been requested.

☐ Proposed Order has not been submitted.

☐ the Court held a hearing on Hearing Date, at which time counsel announced that an order disposing of the Motion would be submitted

☐ the matter was removed from the Court's docket on representation of counsel that an order disposing of the Motion would be submitted

☐ the Court held a hearing on Hearing Date. After considering any evidence presented and the arguments of counsel, the court finds that the Motion is denied.

☑ Other : No response to the Clerk's Correspondence dated July 16, 2026 − response due 7/27/2026

The Court further finds that insufficient action has been taken to obtain the relief sought. It is, therefore

**ORDERED** that the Motion is **DENIED** without prejudice to refiling.

# # # End of Order # # #